UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19cr04512 JAH |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION [Doc. No. 17]** |
| LUIS VASQUEZ-CORTES, | |
| Defendant. | |

On December 9, 2019, the United States of America and Defendant LUIS VASQUEZ-CORTES filed a joint motion to advance the sentencing hearing set for March 2, 2020, and waived preparation of Defendant's criminal history report.

IT IS HEREBY ORDERED that the joint motion is GRANTED. Accordingly, the sentencing hearing set for March 2, 2020, is vacated and rescheduled to **December 16, 2019, at 10:30 a.m.** The preparation of Defendant's criminal history report is waived.

**IT IS SO ORDERED.**

DATED: December 10, 2019

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT COURT